IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| HILLARY POWELL, | ) |
| Plaintiff, | ) Case No. 5:23-cv-027 |
| v. | ) By:   Michael F. Urbanski |
| | ) Chief United States District Judge |
| WINCHESTER MEDICAL CENTER, | ) |
| Defendant. | ) |

## ORDER

In accordance with the report of settlement, ECF No. 29, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice, and **ORDERED** stricken from the active docket of the court; provided that the court retains jurisdiction to enforce the settlement if any party so moves within 90 days of entry of this order.

All pending motions are **DENIED** as moot and deadlines **SUSPENDED**.

It is **SO ORDERED**.

Entered: December 20, 2023

Michael F. Urbanski
Chief U.S. District Judge
2023.12.20 16:27:33 -05'00'

Michael F. Urbanski
Chief United States District Judge

1